# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRAIG FARLEY,<br><br>                  Petitioner,<br><br>v.<br><br>SCOTT KERNAN, Secretary of the California Department of Corrections and Rehabilitation,<br><br>                  Respondent. | Case No.: 16cv188-LAB (BGS)<br><br>**ORDER DENYING CERTIFICATE OF APPEALABILITY** |

Having denied the petition for writ of habeas corpus, the Court also finds the conditions for issuance of a certificate of appealability are not met. *See Miller-El v. Cockrell*, 537 U.S. 322, 327 (2003); *Slack v. McDaniel*, 529 U.S. 473, 484 (2000). A certificate of appealability is therefore **DENIED**.

**IT IS SO ORDERED**.

Dated: March 1, 2018

                                                    */s/ Larry A. Burns*
                                        Hon. Larry Alan Burns
                                        United States District Judge